IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### NOTICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:24-MJ-00048 |
| | ) | |
| v. | ) | |
| | ) | |
| SAMUEL HARRIS, | ) | |
| Defendant | ) | (ARBUCKLE, M.J.) |
| | ) | |

Type of Case:

( ) Civil     (**X**) Criminal

(xx) TAKE NOTICE that the proceeding in this case has been **SCHEDULED** for the place, date and time set forth below:

U.S. Courthouse                              COURTROOM No. 3
Federal Building                              3rd Floor
240 West Third Street                     **June 11, 2024**
Williamsport, PA 17701                  Time: **1:00 p.m.**

TYPE OF PROCEEDING:            **Initial Appearance – Rule 40**

Peter J. Welsh, Clerk of Court
*s/Christine A. Williamson*
Christine A. Williamson, Deputy Clerk

DATED: June 10, 2024

To:     U.S. Attorney's Office – Geoffrey W. MacArthur
        Defendant
        U.S. Marshal
        Pretrial / Probation
        File